UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAY A. SCHWARTZ,

    Defendant.

Case No. 19-cr-20451-RHC-RSW

Hon. Robert H. Cleland

---

Thomas W. Cranmer (P25252)
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 150
Troy, MI 48098-6358
Telephone: (248) 267-3381
cranmer@millercanfield.com
*Attorneys for Defendant*

---

## APPEARANCE OF THOMAS W. CRANMER

PLEASE TAKE NOTICE that Thomas W. Cranmer of the law firm Miller, Canfield, Paddock and Stone, PLC, has this day entered an appearance as counsel for Defendant, Jay A. Schwartz in the above-entitled matter.

    Respectfully submitted,

    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

    By:   s/Thomas W. Cranmer
        Thomas W. Cranmer (P25252)
        840 West Long Lake Road, Suite 150
        Troy, MI 48098
        Telephone: (248) 267-3381
        cranmer@millercanfield.com
        *Attorney for Defendant*

Dated: August 6, 2019

## CERTIFICATE OF SERVICE

Thomas W. Cranmer of Miller Canfield Paddock & Stone states that on August 6, 2019, he served a copy of Appearance of Thomas W. Cranmer using the ECF system which will send notification of such filing to all counsel of record.

                Respectfully submitted,

By:    s/Thomas W. Cranmer
        Thomas W. Cranmer (P25252)
        Miller Canfield Paddock & Stone, PLC
        840 West Long Lake Road, Suite 150
        Troy, MI 48098
        Telephone: (248) 267-3381
        cranmer@millercanfield.com
        *Attorney for Defendant*