UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAY A. SCHWARTZ,

    Defendant.

CASE NO. 19-20451

HON. ROBERT H. CLELAND

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, JAY A. SCHWARTZ, Defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**As to Count One:**

**Bribery Conspiracy Concerning Programs Receiving Federal Funds**
**18 U.S.C. §§ 371 and 666(a)(2)**

Five years imprisonment, a $250,000 fine, or both

**As to Count Two:**

**Bribery Concerning Programs Receiving Federal Funds**
**18 U.S.C. § 666(a)(2)**

Ten years imprisonment, a $250,000 fine, or both

FILED
AUG 06 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

**As to Count Three:**

**Bribery Concerning Programs Receiving Federal Funds**
**18 U.S.C. § 666(a)(2)**

Ten years imprisonment, a $250,000 fine, or both

_____
JAY A. SCHWARTZ
Defendant


## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
GERALD J. GLEESON, II (P53568)
Counsel for Defendant

Dated: August 6, 2019