UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,                              Case No. 19-cr-20451

v.                                      Hon. Robert H. Cleland

**JAY SCHWARTZ,**

      Defendant.

_____/

| | |
|---|---|
| Michael J. Freeman<br>Special Assistant Attorney to the<br>Attorney General in the EDMI<br>Four Seagate, Suite 308<br>Toledo, OH  43604<br>(419) 241-0724<br>Michael.Freeman2@usdoj.gov<br><br>Gene Crawford<br>Special Assistant Attorney to the<br>Attorney General in the EDMI<br>Four Seagate, Suite 308<br>Toledo, OH 43604<br>(419) 241-0726<br>gene.crawford@usdoj.gov | Thomas W. Cranmer (P25252)<br>Gerald J. Gleeson, II (P53568)<br>Miller, Canfield, Paddock and Stone,<br>P.L.C.<br>840 West Long Lake Road, Suite 150<br>Troy, Michigan  48098-6358<br>Telephone: (248) 879-2000<br>cranmer@millercanfield.com<br>gleeson@millercanfield.com<br>*Attorneys for Defendant* |

_____/

## JOINT MOTION FOR LEAVE
## TO FILE UNDER SEAL

Now comes Defendant, Jay Schwartz and the Government who move for

leave to allow Mr. Schwartz to file certain exhibits to his forthcoming Motion to

Suppress the Title III Wiretap and Motion for Production of Handwritten Interview

Notes under seal.   Those particular exhibits pertain to the Title III Wiretap

Application and Order for a certain telephone number associated with Chuck Rizzo Jr. and certain documents that were filed under seal in *United States v. Rizzo*. Some of these exhibits were previously filed under seal with respect to other motions filed by the defense. The forthcoming motions will have other exhibits that do not need to be sealed.

The exhibits include affidavits and content which reference certain conduct and persons, including persons who have never been indicted. The Government requests the exhibit be sealed in observation of Title III's requirement that "[a]pplications and orders granted under this chapter shall be sealed by the judge . . . . [and] shall be disclosed only upon a showing of good cause." 18 U.S.C. § 2518(8)(b). Filing the exhibit on the public docket is inconsistent with this provision. The materials from *United States v. Rizzo* were previously sealed by this Court, and the parties wish to consistently do so here.

Pursuant to E.D. Mich. LR 7.1(a), the parties concur in the requested relief and ask that leave to seal the forthcoming exhibits be granted.

Respectfully submitted,

By: s/Michael J. Freeman w/permission
Michael J. Freeman
Special Assistant Attorney to the
Attorney General in the EDMI
Michael.Freeman2@usdoj.gov

By: s/ Gerald J. Gleeson, II
Thomas W. Cranmer (P25252)
Gerald J. Gleeson, II (P53568)
Miller, Canfield, Paddock and Stone, P.L.C.
gleeson@millercanfield.com
*Attorneys for Defendant*

Dated: February 16, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2021, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing counsel of record.

By:    s/Gerald J. Gleeson, II
Gerald J. Gleeson, II (P53568)
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 150
Troy, Michigan 48098-6358
Telephone: (248) 267-3296
gleeson@millercanfield.com

3

37232291.1/156038.00001