UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**JAY SCHWARTZ,**

    Defendant.

Case No. 19-cr-20451

Hon. Robert H. Cleland

_____/

| | |
|---|---|
| Michael J. Freeman<br>Special Assistant Attorney to the<br>Attorney General in the EDMI<br>Four Seagate, Suite 308<br>Toledo, OH  43604<br>(419) 241-0724<br>Michael.Freeman2@usdoj.gov<br><br>Gene Crawford<br>Special Assistant Attorney to the<br>Attorney General in the EDMI<br>Four Seagate, Suite 308<br>Toledo, OH 43604<br>(419) 241-0726<br>gene.crawford@usdoj.gov | Thomas W. Cranmer (P25252)<br>Gerald J. Gleeson, II (P53568)<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>840 West Long Lake Road, Suite 150<br>Troy, Michigan  48098-6358<br>Telephone: (248) 879-2000<br>cranmer@millercanfield.com<br>gleeson@millercanfield.com<br>*Attorneys for Defendant* |

_____/

## STIPULATION AND ORDER
## FOR FILING DEADLINE EXTENSION

    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel that the current motion filing deadline be extended to

37238170.1/156038.00001

allow the parties additional time to narrow the issues for resolution. The proposed extension is as follows:

| Event | Current Due Date | Due Date |
|---|---|---|
| Motion Cut-Off | February 19, 2021 | March 19, 2021 |

IT IS SO STIPULATED.


s/ Gene Crawford w/permission  
Special Assistant Attorney to the  
Attorney General in the EDMI

s/ Gerald J. Gleeson, II  
Gerald J. Gleeson, II (P53568)  
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,                                       Case No. 19-cr-20451

v.                                               Hon. Robert H. Cleland

**JAY SCHWARTZ,**

    Defendant.

_____/

| | |
|---|---|
| Michael J. Freeman<br>Special Assistant Attorney to the<br>Attorney General in the EDMI<br>Four Seagate, Suite 308<br>Toledo, OH  43604<br>(419) 241-0724<br>Michael.Freeman2@usdoj.gov<br><br>Gene Crawford<br>Special Assistant Attorney to the<br>Attorney General in the EDMI<br>Four Seagate, Suite 308<br>Toledo, OH 43604<br>(419) 241-0726<br>gene.crawford@usdoj.gov | Thomas W. Cranmer (P25252)<br>Gerald J. Gleeson, II (P53568)<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>840 West Long Lake Road, Suite 150<br>Troy, Michigan  48098-6358<br>Telephone: (248) 879-2000<br>cranmer@millercanfield.com<br>gleeson@millercanfield.com<br>*Attorneys for Defendant* |

_____/

## **ORDER EXTENDING FILING DEADLINE**

Upon reading and consideration of the parties' stipulation, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Motion Cut-Off is extended to March 19, 2021.

IT IS SO ORDERED.

_S/Robert H. Cleland  
Hon. Robert H. Cleland  
United States District Court Judge

Dated: February 18, 2021