UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                   Plaintiff,

v.                                          Case No. 3:19-cr-20451-RHC-RSW
                                               Hon. Robert H. Cleland

Jay A. Schwartz,

                   Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Robert H. Cleland as follows:

Plaintiff(s) attorneys are hereby notified to participate as well as the defense attorney(s) for: Jay A. Schwartz

- STATUS CONFERENCE:  August 25, 2021 at 10:00 AM

The conference shall be initiated by the Court.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**  CALL IN INFORMATION WILL BE SEND VIA EMAIL TO COUNSEL

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                       By: s/L. Wagner
                                                           Case Manager

Dated:  July 29, 2021