UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                         Case No. 3:19−cr−20451−RHC−RSW
                                             Hon. Robert H. Cleland

Jay A. Schwartz,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Robert H. Cleland as follows:

    Plaintiff(s) attorneys are hereby notified to participate as well as the defense attorney(s) for: Jay A. Schwartz

- STATUS CONFERENCE: September 1, 2021 at 02:00 PM

    The conference shall be initiated by the Court.

    If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/L. Wagner
                                                     Case Manager

Dated: August 27, 2021