# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

> **Plaintiff,**

**v.**                                              **CASE NO. 19- 20451**


**JAY A. SCHWARTZ,**

> **Defendant.**

---

## VERDICT FORMS

We, the jury, unanimously find the following verdicts:

## COUNT ONE

*[Bribery conspiracy from in or about March 2014 until January 2016, with Dean Reynolds, Charles B. Rizzo, Quintin Ramanauskas, and Angelo Selva]*

**We find the defendant**

Guilty ___✗_____       Not Guilty _____

Forepe        **s/Jury Foreperson**

**In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.**



## COUNT TWO

*[Bribery: Giving free legal services to Dean Reynolds from March 2014 to January 2016]*

**We find the defendant**

**Guilty** _____          **Not Guilty** _____

**Forepe**          **s/Jury Foreperson**

In compliance with the Privacy Policy Adopted by the Judicial
Conference, the verdict form with the original signature has
been filed under seal.

3



## COUNT THREE
*[Bribery: Giving money to Dean Reynolds on November 5, 2015]*

We find the defendant

Guilty ___X_____          Not Guilty _____

Fore        **s/Jury Foreperson**

**In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.**

4

