Case No. 22-1554

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

JAY A. SCHWARTZ

       Defendant - Appellant

   Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

  It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                          **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: January 27, 2023